✎ PS 8
(3/15)

Case 1:22-cr-02083-MKD    ECF No. 22    filed 09/09/22    PageID.54    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Woody, Jason Vern | Docket No. | 0980 1:22CR02083-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Vern Woody, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 25th day of August 2022, under the following conditions:

Standard Condition #8: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 25, 2022, the conditions of pretrial release supervision were reviewed verbally with Mr. Woody. On August 31, 2022, Mr. Woody reviewed his conditions of release again and signed, acknowledging an understanding his conditions.

Violation #1: Mr. Woody is alleged to be in violation of his pretrial release by consuming fentanyl between August 26, and September 9, 2022.

On August 25, 2022, Mr. Woody appeared before Your Honor and was released onto pretrial supervision. This officer verbally reviewed the condition of release with Mr. Woody as the official court document was not yet available. On August 31, 2022, this officer made telephone contact with Mr. Woody and requested he report to the probation office to go over his conditions again and be provide a copy of the order.

On August 31, 2022, Mr. Woody reported to the probation office. This officer requested Mr. Woody submit to a random drug test urine sample. Mr. Woody advised the urine sample would be "dirty," and admitted he had been using fentanyl. This officer asked when he last consumed fentanyl. Mr. Woody admitted he had not stopped using and his last use was the morning of August 31, 2022. Mr. Woody shared he cannot stop using as the withdrawals are too bad and he gets very sick. This officer, along with Mr. Woody, made telephone contact with Comprehensive Healthcare in Yakima, Washington, to inquire about their detox facility and if there was a bed available for Mr. Woody. We were advised they did not have any openings; however, Mr. Woody could call every morning to inquire if they had an opening. Mr. Woody verbally agreed to contact Comprehensive Healthcare every day and enter into detox upon the first available bed opening.

On September 1, 2022, this officer made telephone contact with Mr. Woody. He advised he did not call detox on September 1, 2022, as he did not have transportation to Yakima. This officer directed Mr. Woody to continue to call detox daily and enter detox at the first available bed date. This officer further directed Mr. Woody to call this officer upon entrance into detox.

On September 6, 2022, this officer made telephone contact with Mr. Woody to inquire if he continued to call detox for a bed date over the weekend. Mr. Woody stated he did not call or go as he was "detoxing" at home on his own. This officer directed Mr. Woody to call detox and secure a bed date immediately. Mr. Woody called a few hours later and stated he was able to get dropped off at the facility in Yakima; however, they did not have an opening. Mr. Woody advised he was going to wait at the facility for an opening. This officer reminded Mr. Woody to sign a release of information and call probation upon entrance.

Re: Woody,, Jason Vern
September 9, 2022
Page 2

On September 6, 2022, in the evening hours, this officer received a text message from Mr. Woody's girlfriend advising he was able to secure a bed and was entering the detox facility. Between September 6 and 9, 2022, this officer has attempted numerous times to make telephone contact with Mr. Woody at the detox facility, has attempted telephone and text message contact with his girlfriend, and has made several calls to the detox facility asking staff to have Mr. Woody sign a release of information and call this officer, all without success.

On September 9, 2022, Mr. Woody finally contacted this officer via telephone. He advised he only remained at the detox facility from September 6 and 7, 2022. He stated he was having medical issues so detox staff took him to the emergency room. He stated he was given numerous medications; however, it did not help. He apologized for not contacting this officer. He stated he was able to secure Department of Social and Health Services (DSHS) benefits, to include medical insurance and food stamps. This officer asked Mr. Woody why he did not make contact with this officer until this date. He advised he was too sick, however, stated he has been researching detox facilities around the state. He shared he was interested in American Behavioral Health Services (ABHS) in Chehalis, Washington. This officer asked Mr. Woody when he last consumed fentanyl. He advised the morning of September 9, 2022, and stated, "I'm just too sick so I had to have some this morning."

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2022

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

09/09/2022

Date