UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Woody, Jason Vern | Docket No. | 0980 1:22CR02083-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Vern Woody, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 25th day of August 2022, under the following conditions:

Standard Condition #6: Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 25, 2022, the conditions of pretrial release supervision were reviewed verbally with Mr. Woody.  On August 31, 2022, Mr. Woody reviewed his conditions of release again and signed, acknowledging an understanding his conditions.

Violation #2: Mr. Woody is alleged to be in violation of his pretrial release by failing to report to the probation office as directed on September 12, and 13, 2022.

On August 25, 2022, Mr. Woody appeared before Your Honor and was released onto pretrial supervision. This officer verbally reviewed the condition of release with Mr. Woody as the official court document was not yet available. On August 31, 2022, this officer made telephone contact with Mr. Woody and  requested he report to the probation office to go over his conditions again and be provided a copy of the order.

Between September 6 and 9, 2022, Mr. Woody was to have checked himself in at Comprehensive Healthcare's detox facility due to his inability to refrain from using fentanyl.  Mr. Woody's whereabouts was unknown, as he did not contact this officer via telephone during this time to provide updates on his status until September 9, 2022, when Mr. Woody contacted this officer via telephone.

He advised he only remained at the detox facility from September 6 until 7, 2022. He stated he was having medical issues so detox staff took him to the emergency room. He stated he was given numerous medications;  however, it did not help. He apologized for not contacting this officer.  This officer asked Mr. Woody why he did not make contact with this officer until September 9, 2022.  He advised he was too sick. This officer asked Mr. Woody when he last consumed fentanyl. He advised the morning of September 9, 2022, and stated, "I'm just too sick, so I had to have some."  This officer instructed Mr. Woody to report to the probation office in person on September 12, 2022, by 1 p.m. Mr. Woody verbally acknowledged he would report.

On September 12, 2022, this officer had several conversations with Mr. Woody's girlfriend via text message asking where he was, as he did not report to the office as directed by 1 p.m. She stated Mr. Woody was home cleaning the animal troughs. She stated he did not tell her he had to report to the probation office by 1 p.m. and they did not arrange for transportation. This officer had given Mr. Wood from September 9, 2022, to secure transportation to the office. She stated she would have Mr. Woody contact this officer, which he failed to do.

On September 13, 2022, Mr. Woody made telephone contact with this officer and stated he came to Yakima to see his attorney and wanted to meet with this officer. This officer directed him to report to the office and shared the Court issued a warrant. Mr. Woody stated, "I cannot do this, I will die in jail." This officer told him he needed to report to the office so

Re: Woody, Jason Vern
September 13, 2022
Page 2

we could address his continued drug use.  He confirmed he would report as directed. Approximately 15 minutes later, this officer called Mr. Woody and asked where he was. He stated he left to get food from McDonald's. This officer directed him to return to the area and report to the office. Approximately 10 minutes later, this officer again called Mr. Woody several times, he did not answer the phone.

PRAYING THAT THE COURT WILL INCORPORATE THE ATTACHED VIOLATION WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2022

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 13, 2022
Date