FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Woody, Jason Vern | Docket No. | 0980 1:22CR02083-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jason Vern Woody, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 25th day of August 2022, under the following conditions:

<u>Standard Condition #8</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may  not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 25, 2022, the conditions of pretrial release supervision were reviewed verbally with Mr. Woody.  On August 31, 2022, Mr. Woody reviewed his conditions of release again and signed, acknowledging an understanding his conditions.

<u>Violation #1</u>: Mr. Woody is alleged to be in violation of his pretrial release by consuming methamphetamine on or about May 13, 2023.

On May 15, 2023, this officer received a telephone call from Merit Resource Services (Merit) in Sunnyside, Washington, advising Mr. Woody was present in their office for a  random drug test and the sample tested presumptive positive for methamphetamine. This officer approved for the sample to be sent to Abbott Laboratory for confirmation. As of the submission of this report, results are pending.

On May 16, 2023, this officer  made telephone contact with Mr. Woody, who stated he needed a ride on May 13, 2023, and the individual who provided him a ride was consuming methamphetamine and he "decided to use" with the individual.  Mr. Woody stated, "I don't know why I used, I just did." This officer directed Mr. Woody to contact his substance abuse treatment provider, disclose his relapse to her, and talk about his decision making surrounding his relapse during his substance abuse treatment group scheduled for May 16, 2023.

On May 18, 2023, this officer spoke with Mr. Woody's substance abuse counselor at Merit. She advised Mr. Woody disclosed his relapse to her and the group. She stated his relapse  will be addressed  by increasing Mr. Woody's sober support community meetings and adding an additional treatment group during the week. She advised if Mr. Woody continues to consume controlled substance, he will be referred to inpatient treatment.

Mr. Woody expressed a desire to continue to better himself and follow all treatment recommendations. He understands the consequences of any similar behavior may ultimately result in going before the Court.  He was encouraged to make good choices that will place him back on the successful track he was on.  Therefore, this officer respectfully recommends no action be taken at this time. Should Mr. Woody continue to violate any of his conditions of pretrial release, he will be referred to the Court for corrective action.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 05/19/2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

May 23, 2023

Date