PROB 12C
(6/16)

Report Date: April 10, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Vern Woody                Case Number: 0980 1:22CR02083-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Grandview, Washington 98930

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 11, 2023

| | | |
|---|---|---|
| Original Offense: | Material False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), and 924(a)(2) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | United States Attorney's Office | Date Supervision Commenced: July 11, 2023 |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: July 10, 2028 |

### PETITIONING THE COURT

To issue a summons.

Mr. Woody met with a United States Probation Officer on July 24, 2023, and reviewed the conditions of supervised release outlined in the offender's Judgment. Mr. Woody signed and acknowledged an understanding of the conditions imposed.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Woody is alleged to be in violation of his supervision conditions by consuming a controlled substance, methamphetamine, on or about March 1, 2024. |
| | On April 4, 2024, this officer received a letter from Mr. Woody's treatment provider, Innovation Resource Center in Sunnyside, Washington.  The letter stated Mr. Woody completed a substance abuse evaluation on March 4, 2024. As part of the evaluation process, a urinalysis (UA) sample was provided. The results of that UA were positive for amphetamines and methamphetamine. On this date, after receiving the letter, this officer contacted Mr. Woody and discussed his evaluation results. Mr. Woody then admitted to this officer that he consumed methamphetamine on or about March 1, 2024. |

Prob12C
**Re: Woody, Jason Vern**
**April 10, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 10, 2024

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

4/10/2024

Date